IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GREGORY A. DAVIS, | No. CV 07-6009-AS |
|       Plaintiff, | OPINION AND ORDER |
|    v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | |
|       Defendant. | |

**MOSMAN, J.**,

On October 17, 2007, Magistrate Judge Ashmanskas issued Findings and Recommendation ("F&R") (#19) in the above-captioned case recommending that the Commissioner's decision be REVERSED and REMANDED for an AWARD of benefits. No objections were filed.

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are

addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985);  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, the court is free to accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Ashmanskas recommendation, and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.

DATED this  13th  day of November, 2007.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court