Kathryn Tassinari
Mark A. Manning
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GREGORY A. DAVIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 07-6009-AS<br><br>ORDER FOR PAYMENT OF ATTORNEY'S<br>FEES PURSUANT TO EAJA |

After considering the stipulated Motion for entry of an order awarding plaintiff's attorney fees in the amount of $4,327.58, submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted as full settlement of any and all claims for attorney fees under EAJA.

Attorney fees in the sum of $4,327.58 are awarded to plaintiff, payable to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this _14_ day of _February_, 2008.

_____
U.S. District Judge
Magistrate

PRESENTED BY:

By: __s/ Kathryn Tassinari__
　　　Kathryn Tassinari
　　　OSB #80115

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA